SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
CAYLA J. WITTY
Nevada Bar No. 12897
cayla.witty@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN WHANG; <br><br>               Plaintiff, <br><br>   vs. <br><br> WALGREENS; <br><br>               Defendant. | Case No.:  2:25-cv-02335-JAD-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION FOR TIME TO COMPLY WITH FRCP 26(f) AND LR 16-1(b)** <br><br> *(First Request)* |

       Plaintiff Steven Whang ("Plaintiff") and Defendant Walgreen Co.[1] ("Defendant") hereby submit this Stipulation and proposed Order Regarding Extension for Time to Comply with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(b).

/ / /

/ / /

/ / /

---

[1] Plaintiff's filing incorrectly identifies the Defendant, his former employer, as Walgreens. The proper entity is Walgreen Co.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

## I.    **Procedural History**

Plaintiff filed his lawsuit on November 24, 2025. (ECF No. 6.) On that same day, Plaintiff submitted his application to proceed in forma pauperis. (ECF No. 2.) The Court granted Plaintiff's application to proceed in forma pauperis on December 2, 2025. (ECF No. 5.)  The Court's Order granting Plaintiff's application provided instructions regarding how Plaintiff might amend his Complaint. (*See id.*)

The Summons for this action was issued on December 2, 2025, with reference to Plaintiff's original Complaint. (ECF No. 8.) On January 5, 2026, Plaintiff electronically filed a First Amended Complaint. (ECF No. 11.) The U.S. Marshals Service filed the USM-285 Process Receipt and Return form on January 12, 2026, certifying service of the original Complaint and Summons on January 9, 2026. (*See* ECF No. 12.)

Defendant filed a Motion to Dismiss Plaintiff's original complaint on January 30, 2026 (ECF No. 13), which the Plaintiff opposed on February 13, 2026 (ECF No. 18). The Court denied ECF No. 13 as moot on February 22, 2026, and directed Defendant to respond to Plaintiff's First Amended Complaint within 10 days. (ECF No. 19.) Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint on March 4, 2026. (ECF No. 21.) Plaintiff's response is currently due March 19, 2026. (*See* ECF No. 23.) A hearing has been scheduled on Defendant's Motion (ECF No. 21) for April 7, 2026. (ECF No. XX.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

## II.    Fed. R. Civ. P. 26(f) Meeting

In light of Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint, the parties have agreed to a stay pending the Court's hearing on April 7, 2026. Depending on the results of the hearing, the parties agree to meet and confer in accordance with Fed. R. Civ. P. 26(f) and submit their proposed Discovery Plan and Scheduling Order on or before April 30, 2026.

DATED this 16th day of March, 2026.

/s/ Steven Whang
Steven Whang
10340 S Decatur Blvd #1026
Las Vegas, NV 89141

*Pro Se Plaintiff*

DATED this 16th day of March, 2026.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Cayla J. Witty
Suzanne L. Martin
Nevada Bar No. 8833
Cayla J. Witty
Nevada Bar No. 12897
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

   March 17, 2026
DATE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

96212357.v1-OGLETREE