SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
CAYLA J. WITTY
Nevada Bar No. 12897
cayla.witty@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Walgreen Co.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN WHANG;<br><br>    Plaintiff,<br><br>  vs.<br><br>WALGREENS;<br><br>    Defendant. | Case No.:  2:25-cv-02335-JAD-BNW<br><br>**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Steven Whang ("Plaintiff") and Defendant Walgreen Co.[1] ("Defendant") hereby request that Defendants be granted a 7-day extension of time, up to and including May 18, 2026, to file their response to Plaintiff's Second Amended Complaint (ECF. No. 31.) The present deadline for Defendants to file their response is May 11, 2026. This is the parties' first request for an extension of time for Defendants to file their response.

Defendant respectfully requests this extension to address the new allegations raised by Plaintiff's Second Amended Complaint, expanding on the prior issues raised in litigation. This short

---

[1] Plaintiff's filing incorrectly identifies the Defendant, his former employer, as Walgreens. The proper entity is Walgreen Co.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

extension is to provide Defendant with sufficient time to fully research the facts and circumstances underlying this case, and prepare an appropriate response, and is not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a 7-day extension of time up to and including May 18, 2026 for Defendants to file their response to Plaintiff's Complaint.

DATED this 7th day of May, 2026.

/s/ *Steven Whang*

Steven Whang
10340 S Decatur Blvd #1026
Las Vegas, NV 89141

*Pro Se Plaintiff*

DATED this 7th day of May, 2026.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Cayla J. Witty*

Suzanne L. Martin
Nevada Bar No. 8833
Cayla J. Witty
Nevada Bar No. 12897
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant Walgreen Co.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

_____May 11, 2026_____
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

96212357.v1-OGLETREE