SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
CAYLA J. WITTY
Nevada Bar No. 12897
cayla.witty@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Walgreen Co.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN WHANG;<br>Plaintiff<br>vs.<br>WALGREENS;<br>Defendant | Case No.: 2:25-cv-02335-JAD-BNW<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br>ECF No. 40 |

///

///

///

///

///

///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

IT IS HEREBY STIPULATED, by and between Plaintiff Steven Whang ("Plaintiff") and Defendant Walgreen Co.[1] ("Defendant"),by and through their respective counsel below, that the above-entitled matter be dismissed with prejudice, with each side bearing their own fees and costs.

DATED this 17th day of August, 2026.

*/s/ Steven Wang/*

Steven Whang
10340 S Decatur Blvd #1026
Las Vegas, NV 89141

*Pro Se Plaintiff*

DATED this 17th day of August, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Cayla J. Witty*

Suzanne L. Martin
Nevada Bar No. 8833
Cayla J. Witty
Nevada Bar No. 12897
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant Walgreen Co.*

**ORDER**

Based on the parties' stipulation [ECF No. 40] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

UNITED STATES DISTRICT JUDGE

August 17, 2026

DATED

[1] Plaintiff's filing incorrectly identifies the Defendant, his former employer, as Walgreens. The proper entity is Walgreen Co.